IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CALVIN L. NEWBY, )
)
    Plaintiff, )
v. ) Civil Action No. 3:18CV837–HEH
)
RIVERSIDE REGIONAL JAIL, )
)
    Defendant. )

### MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter requesting that the Court send him a form for filing a 42 U.S.C. § 1983 complaint. (ECF No. 1.) By Memorandum Order entered on January 18, 2019, the Court directed the Clerk to the write the civil action number for the present action the standardized form for filing a 42 U.S.C. § 1983 complaint and to mail the form to Plaintiff. The Court informed Plaintiff that if he wished to file a complaint, he should complete and return the form to the Court within fourteen (14) days of the date of entry thereof. The Court warned Plaintiff that if he failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b). More than fourteen (14) days have elapsed since the entry of the January 18, 2019 Memorandum Order and Plaintiff has not responded. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                 /s/
                                       HENRY E. HUDSON
Date: Feb. 15, 2019             UNITED STATES DISTRICT JUDGE
Richmond, Virginia